UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CASEY LASHELY, DONNA RUSS, BARBARA RUSS, & BARBARA RUSS as Legal Guardian of TAMIA RUSS, an infant under the age of fourteen years,

**NOTICE OF APPEARANCE**

09-CV-1616 (FB) (VVP)

Plaintiffs,

-against-

DETECTIVE JUSTIN JOHNSON, Shield No. 3988,
POLICE OFFICER ALBERTO PIZARRO Shield No. 4654
P.O. "John Does" 1-8 AND
THE CITY OF NEW YORK,

Defendants.

------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that **Max McCann**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York, Detective Justin Johnson, and Police Officer Alberto Pizarro, effective immediately.

Dated: New York, New York
         April 4, 2011

> MICHAEL A. CARDOZO
> Corporation Counsel of the City of
>   New York
> *Attorney for Defendants City, Johnson, and*
>   *Pizarro*
> 100 Church Street, Room 3-216
> New York, New York 10007
> (212) 788-0861
>
> By:         /s/
>        Max McCann
>        *Assistant Corporation Counsel*

cc:    Jonathan T. Latimer, Esq. (via ECF)